IN THE COURT OF COMMON PLEAS OF BLAIR COUNTY, PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC. d/b/a, PROFESSIONALS AUTO BODY | : |
| | : NO. 2017 GN 2300 |
| Plaintiff | : |
| | : |
| VS. | : CIVIL ACTION - LAW |
| | : |
| FIRST CHOICE AUTO INSURANCE CO., ET AL. | : |
| | : JURY TRIAL DEMANDED |
| Defendants | |

## CONSENT DECREE TO SEVER DEFENDANT PROGRESSIVE CASUALTY INSURANCE COMPANY

AND NOW, this 21st day of Sept., 2017, by agreement of the parties and upon approval of the Court, it is hereby ORDERED, DIRECTED, and DECREED that:

1. Defendant Progressive Casualty Insurance Company shall be severed from the action filed to Blair County Court of Common Pleas Docket Number 17 GN 2300;

2. The Prothonotary shall assign a new docket number to and create a docket for Professional, Inc. d/b/a Professionals Auto Body v. Progressive Casualty Insurance Company;

3. Any pleadings already filed to Blair County Court of Common Pleas Docket Number 17 GN 2300 pertaining to Defendant Progressive Casualty Insurance Company shall have the same force and effect as if filed to the new docket to be created by way of this Order.

_____
Attorney for Plaintiff

_____
Attorney for Defendant, Progressive Casualty Insurance Company

Approved:

_____
J.