**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PROFESSIONAL, INC. d/b/a,** | ) | **Case No. 3:17-cv-185** |
| **PROFESSIONALS AUTO BODY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JUDGE KIM R. GIBSON** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PROGRESSIVE CASUALTY INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**AND NOW**, this __29th__ day of January, 2019, upon consideration of the parties' Stipulation re Joint Request to Stay (ECF No. 44), **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED.** The case is hereby stayed until the mediation scheduled for March 27, 2019. **IT IS FURTHER ORDERED** that the parties shall submit either a notice of a successful mediation or a schedule for expert discovery no later than **April 5, 2019.**

**BY THE COURT:**

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**