IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:17-cv-185 |
| | ) Judge Stephanie L. Haines |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF COURT

AND NOW, this 21st day of January, 2020, defendant having filed a motion for leave to file a motion for summary judgment and supporting documents under seal and to waive the requirement to file redacted copies [Doc. 54], IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendant's motion no later than **January 24, 2020**.

*(signature)*
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1