IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| PROFESSIONAL, INC. d/b/a, ) <br> PROFESSIONALS AUTO BODY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE CASUALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.: 3:17-cv-00185-SLH |

## **JOINT NOTICE**

Plaintiff Professional, Inc. d/b/a Professionals Auto Body ("Professionals") and Defendant Progressive Casualty Insurance Company ("Progressive") jointly submit this Notice to the Court regarding Progressive's Motion for Leave to File Documents Under Seal (Dkt. No. 54) ("Motion").

Plaintiff does not oppose the relief sought in Progressive's Motion and will not be filing an opposition to the Motion.

Dated: January 22, 2020

| | |
|---|---|
| /s/ Traci L. Naugle | /s/ Kymberly Kochis |
| Traci L. Naugle | Kymberly Kochis |
| Food, Stokan, Huff, Kormanski & Naugle | 1114 Avenue of the Americas |
| 1701 Fifth Avenue | The Grace Building, 40th Floor |
| Altoona, PA 16602 | New York, New York 10036-7703 |
| 814-946-4316 | Telephone: (212) 389-5000 |
| 814-946-9426 (fax) | Facsimile: (212) 389-5099 |
| tnaugle@sfshlaw.com | kymkochis@eversheds-sutherland.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Professional, Inc. d/b/a Professionals Auto Body* | *Progressive Casualty Insurance Company* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **JOINT NOTICE** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 22nd day of January, 2020.

/s/ Kymberly Kochis