IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-185<br>)  Judge Stephanie L. Haines<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 31st day of January 2020, IT IS HEREBY ORDERED that a telephone status conference in this matter is scheduled for **Tuesday, February 4, 2020, at 10:30 a.m.,** before Judge Stephanie L. Haines. Counsel for both parties may attend the conference by telephone, and shall jointly call chambers at 10:30 a.m. on February 4, 2020, to initiate the conference.

                                                                        /s/ Stephanie L. Haines<br>
                                                                        Stephanie L. Haines<br>
                                                                         United States District Judge

cc/ecf: All counsel of record

1