**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PROFESSIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:17-cv-185 |
| | ) Judge Stephanie L. Haines |
| PROGRESSIVE CASUALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this 4th day of February, 2020, pursuant to the status conference held this day,

it is hereby ORDERED that Defendant shall file a motion for leave to file documents under seal,

and deliver to the Court for in camera review the material it wishes to file under seal, by **February**

**7, 2020**.

IT FURTHER IS ORDERED that the deadline for filing dispositive motions in this case is

extended to **February 28, 2020**.   The response deadline is extended to **March 30, 2020**.   The

deadline to file a reply is extended to **April 29, 2020**.

Stephanie L. Haines
United States District Judge

1