IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC., <br> d/b/a PROFESSIONALS AUTO BODY, <br>     Plaintiff, <br><br>   vs. <br><br> PROGRESSIVE CASUALTY INSURANCE CO., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 3:17-cv-185 <br> ) <br> ) <br> ) |

      HEARING ON: Oral Argument  (via videoconference)

      Before Judge: Stephanie L. Haines

| Traci L. Naugle, Esq. | Michael R. Nelson, Esq. |
|---|---|
| | Kymberly Kochis, Esq. |
| Appear for Plaintiff | Appear for Defendant |
| Hearing began:  7/9/20 @ 1:30 p.m. | Hearing concluded:   2:40 p.m. |
| Law Clerk:  Gary Robinson | Stenographer:  Shirley Hall |

Court convened via Zoom videoconference for argument on Defendant's motion for summary judgment [Doc. 65]. Attorneys Michael R. Nelson and Kymberly Kochis argued on behalf of Defendant and Attorney Traci L. Naugle argued on behalf of Plaintiff. This matter will be taken under advisement. Order and Opinion will follow in due course. Court adjourned.